# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN HOUSTON, | ) | NO. CV 09-3834 ABC (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 05, 2009.

*/s/ Audrey B. Collins*

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE